January 13, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

STATEWIDE HYDRAULICS, INC. AND PHILLIP BERROSPE, Appellants

NO. 14-13-01049-CV             V.

EZ MANAGEMENT GP, LLC D/B/A EZ CHECK CASHING & BLUE PRINTING, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, EZ Management GP, LLC d/b/a EZ Check Cashing & Blue Printing, signed August 20, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in awarding appellate attorney's fees to appellee. We therefore order that the portions of the judgment that award appellate attorney's fees to appellee are **REVERSED**. We **RENDER** judgment that appellee shall recover no attorney's fees for proceedings in the court of appeals or the Texas Supreme Court.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellants, Statewide Hydraulics, Inc. and Phillip Berrospe, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.